# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| **Andre Wilson** | FILED: March 24, 2008 |
| | 08cv1702         JH |
| v. | JUDGE ZAGEL |
| **City of Chicago, et al.** | MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**City of Chicago, Joshua Alvardo, Sean P. Dorsey, Frank Fagiano, Sheamus Fergus, Jose L. Flores, John L. Folino, Tony Folino, Sean B. Forde, Carl Hattula, Victor Kubica, Timothy McDermott, Martin Philbin, James J. Smith, Mark Vail and Darlene Wujcik**

| NAME (Type or print) |
|---|
| **Christopher Wallace** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ **Christopher Wallace** |
| FIRM |
| **Corporation Counsel's Office** |
| STREET ADDRESS |
| **30 N. La Salle St., Suite 1400** |
| CITY/STATE/ZIP |
| **Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **06278655** | **312-742-6408** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐