# United States District Court
# Northern District of Illinois



In the Matter of

Andre Wilson

v.

City of Chicago, et al.

Case No. 08 C 1702

Designated Magistrate Judge
Martin C. Ashman

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **James B. Zagel** to be related to **08 C 413** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge George W. Lindberg

Dated: April 21, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **George W. Lindberg**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR 2 2 2008

Finding of Relatedness (Rev. 9/99)