## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 01702 |
| | ) | |
| vs. | ) | |
| | ) | Judge Lindberg |
| CITY OF CHICAGO, ET AL. | ) | |
| | ) | Magistrate Judge Ashman |
| | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE AND NOTICE OF MOTION

To:    Christopher Smith
       A Law Office of Christopher R. Smith
       119 N. Peoria, Ste. 3A
       Chicago, IL 60607

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Lindberg, or before such other judge sitting in his place, on the **28th day of May, 2008, at 9:30 a.m.,** and then and there present the attached **MOTION FOR MISCELLANEOUS RELIEF.**

I hereby certify that I have served this notice and the attached document  by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this **23rd day of May, 2008.**

**DATED** this 23rd day of May, 2008.

Respectfully submitted,

/s/ David Selmer
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)