## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Andre Wilson

                           Plaintiff,

v.                                        Case No.: 1:08–cv–01702
                                           Honorable George W. Lindberg

City of Chicago, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Defendant's motion to refer case to the assigned Magistrate Judge for discovery supervision is granted. Defendant's motion for protective order is withdrawn. Status hearing set for 9/24/2008 at 9:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.