# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Andre Wilson

      Plaintiff,

v.               Case No.: 1:08–cv–01702
                Honorable George W. Lindberg

City of Chicago, et al.

      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for discovery supervision.(slb, )Mailed notice.

Dated: May 28, 2008

                   /s/ George W. Lindberg

                   United States District Judge