IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE WILSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 1702 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | JUDGE LINDBERG |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## MOTION TO WITHDRAW

Plaintiff, Andre Wilson, through one of his attorneys, Jared S. Kosoglad, respectfully seeks leave of this Court to withdraw the appearance of Jared S. Kosoglad as an attorney of record. In support of this motion, plaintiff states as follows:

1. The undersigned has resigned his position with A Law Office of Christopher R. Smith and will soon practice law as Jared S. Kosoglad, P.C.

2. The undersigned will no longer represent Plaintiff in the above captioned matter.

3. The instant motion is not intended to delay this proceeding or prejudice any party.

**WHEREFORE**, Plaintiff respectfully seeks the withdrawal of Jared S. Kosoglad as attorney of record in this matter.

Respectfully submitted,

Andre Wilson

　/s Jared S. Kosoglad
By:    Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3-G
Chicago, Illinois 60607
312-513-6000

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Rita Moran, David Selmer, Christopher Wallace
30 N. LaSalle Street
Chicago, IL 60602

s/ Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3G
Chicago, IL 60607
312-513-6000