IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE WILSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 1702 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | JUDGE LINDBERG |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Lindberg, in the courtroom usually occupied by him, and then and there present the attached **Motion To Withdraw**, a copy of which is hereby served upon you.

/s Jared S. Kosoglad
One of Plaintiff's attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Motion To Withdraw on the below-listed attorneys by electronic means on August 18, 2008.

Rita Moran, David Selmer, Christopher Wallace
30 N. LaSalle Street
Chicago, IL 60602

s/ Jared S. Kosoglad

Jared S. Kosoglad
120 N. Green Street, Suite 3G
Chicago, IL 60607
312-513-6000

1