## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1702 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Andre Wilson vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Motion by Jared S. Kosoglad to withdraw as counsel (23) for the plaintiff is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|