IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE WILSON, | ) | |
| | ) | No.    08 C 1702 |
| Plaintiff, | ) | |
| | ) | JUDGE LINDBERG |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, et al. | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**   Christopher Smith
Law Offices of Christopher Smith
112 South Sangamon, Suite 3A
Chicago, IL 60607
*Attorney for Plaintiff Andre Wilson*


    **PLEASE TAKE NOTICE** that on Wednesday, September 17, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable George W. Lindberg, or whomever shall be sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached Individual Defendants Joint Agreed Motion *Instanter* for Leave to File Answer, Affirmative Defenses and Jury Demand, a copy of which is herewith served upon you.

                                          Respectfully submitted,

                                          /s/  Christopher A. Wallace
                                            Christopher A. Wallace

                                          Assistant Corporation Counsel
                                          *Attorney for Individual Defendants*

30 N. LaSalle St.
Suite 1400
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 6278655

## CERTIFICATE OF SERVICE

      I, Christopher Wallace, an attorney, hereby certify that on September 4, 2008, I caused true and correct copies of the above and foregoing Notice of Motion to be served upon counsel for plaintiff by filing the same before the Court via the ECF system.

                                          /s/ Christopher Wallace
                                             Christopher Wallace